

STEPHEN J. LIAKAS*
DEAN N. LIAKAS
NICHOLAS LIAKAS

MOSES AHN
ANTHONY M. DELISO
JARED B. DUBIN
STEPHANIE M. GALLO*
JOSEPH GUARDINO*
GENE LEYN
NICHOLAS MINDICINO
JOSHUA VERSOZA

PAUL V. PRESTIA**
*Also admitted in New Jersey
**Special counsel

**LIAKAS**

**L**

**LAW, P.C.**

**Liakaslaw.com**
65 Broadway
13th Floor
New York, NY 10006

P: (212) 937-7765
F: (877) 380-9432

New Jersey Office
576 Main Street, Suite C
Chatham, NJ 07928



December 9, 2019

**VIA ECF**
Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      **Re:**   **Taylor v. City of New York**
           **18-cv-08421**

Your Honor,

      My office represents Plaintiff in the above referenced matter. I write to request a one week adjournment of the conference scheduled for January 3, 2020. The undersigned will be out of the office and in fact out of the country on a previously planned vacation on the date of the conference, returning on January 6, 2020. Accordingly the one week adjournment will allow Plaintiff's counsel to be personally present.

      Defense counsel Amatullah Booth consents to this request.

      Thank you for your consideration.

                            Yours,

                            Nicholas Mindicino
                            Liakas Law, P.C.

*[handwritten annotation: Conf is adjourned until January 10, 2020 @ 11:00 am. 12-11-19]*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/19