The Status Conference is adjourned to June 18, 2021, at 10:00 a.m., which conference will be held via the following call-in number:
Call-in number: 888-363-4749
Access Code: 7518680

So ORDERED.

/s/ A. K. Hellerstein
Dated: June 8, 2021

**GEORGIA PESTANA**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**NIKI BARGUEIRAS**
*Senior Counsel*
Phone: (212) 356-3520
Fax: (212) 356-3509
nbarguei@law.nyc.gov

June 8, 2021

**VIA ECF**
Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Nakia Taylor v. City of New York, et al.,
18-CV-8421 (AKH)

Your Honor:

I am a Senior Counsel in the Office of Georgia Pestana, Acting Corporation Counsel of the City of New York, and the attorney representing defendants City of New York and Christopher Siani ("defendants") in the above referenced matter. Defendants write to respectfully request a one-week adjournment of the status conference currently scheduled for Friday, June 11, 2021 at 10:00 a.m. until June 18, 2021, or a date that is convenient for the Court. This is defendants first request for an adjournment of the status conference. Plaintiff's counsel consents to this request.

The reason for this adjournment is that at this time the Law Department is experiencing connectivity issues and the undersigned is unable to access documents related to this case. At this time, it is unclear when this issue will be resolved. Accordingly, out of an abundance of caution, defendants respectfully request a brief one-week adjournment of the status conference currently scheduled for Friday, June 11, 2021 at 10:00 a.m. until June 18, 2021, or a date that is convenient for the Court.

Thank you for your consideration herein.

Respectfully submitted,
/s/ *Niki Bargueiras*
Niki Bargueiras
*Senior Counsel*
Special Federal Litigation Division