

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

GEORGIA M. PESTANA
*Acting Corporation Counsel*

NIKI BARGUEIRAS
*Senior Counsel*
Phone: (212) 356-3520
Fax: (212) 356-3159
nbarguei@law.nyc.gov

July 14, 2021

**BY ECF**
Honorable Alvin K. Hellerstein
United Stated District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> *The conference is adjourned until September 17, 2021 at 10:00 am.*
> */s/ Alvin K. Hellerstein*
> *7/20/21*

Re:   Nakia Taylor v. City of New York, et al.,
      18-CV-8421 (AKH)

Your Honor:

      I am a Senior Counsel in the Office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, and the attorney representing defendants City of New York and Christopher Siani ("defendants") in the above-referenced matter. Defendants write to respectfully request an adjournment of the status conference currently scheduled for Friday, July 23, 2021 at 10:30 a.m. until either July 30, August 6, or a date that is convenient for the Court. This is defendants' second request for an adjournment of the status conference and no other dates will be affected by this request. Plaintiff's counsel consents to this request.

      By way of background, a status conference was previously scheduled for July 16, 2021 at 10:00 a.m. Then by Order of the Court, dated July 6, 2021, the status conference was adjourned until July 23, 2021 at 10:30. *See* ECF Docket 56. The reason for the adjournment is that the undersigned has a previously scheduled court conference for the same day and time on another matter. Accordingly, defendants respectfully request an adjournment of the status conference currently scheduled for Friday, July 23, 2021 at 10:30 a.m. until either July 30, August 6, or a date that is convenient for the Court.

      Thank you for your consideration herein.

Respectfully submitted,

/s/ *Niki Bargueiras*
Niki Bargueiras

*Senior Counsel*
Special Federal Litigation Division

cc: <u>**VIA ECF**</u>
Nicholas Mindicino, Esq.
*Attorney for Plaintiff*