UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
NAKIA TAYLOR,

                Plaintiff,

      v.

THE CITY OF NEW YORK, *et al.*,

                Defendants

------------------------------------------------------------- x

**ORDER**

18 Civ. 8421 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On March 31, 2020, I granted the parties' request to stay the case for 90 days. The stay expired on June 29, 2020, discovery has been completed since then, and the case is scheduled for trial.

        Accordingly, the Clerk shall amend the docket to reflect that the case is no longer stayed.

        SO ORDERED.

Dated:     June 15, 2022               /s/ Alvin K. Hellerstein
              New York, New York       ALVIN K. HELLERSTEIN
                                          United States District Judge