> The request is granted. The final pre-trial conference currently scheduled for November 2, 2022, is adjourned to November 29, 2022, at 10:00 a.m. The trial currently scheduled to begin on November 7, 2022, is adjourned to December 6, 2022, at 10:00 a.m.
>
> SO ORDERED.
> /s/ Alvin K. Hellerstein
> October 21, 2022



**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MOSTAFA KHAIRY**
*Assistant Corporation Counsel*
Phone: (212) 356-2105
Fax: (212) 356-3509
mkhairy@law.nyc.gov

October 13, 2022

**BY ECF**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Nakia Taylor v. The City of New York, et al.</u>,
               18-CV-8421 (AKH)

Your Honor:

      I am the attorney in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants City of New York and Christopher Siani ("defendants") in the above-referenced matter. Defendants write to respectfully request that the Court adjourn: (1) the trial set to commence on November 7, 2022; and (2) the final pretrial conference presently scheduled for November 2, 2022; to another date and time convenient for the Court. Plaintiff consents to a two to three week adjournment of the trial and final pretrial conference.

      By way of background, on January 7, 2022, a telephonic status conference was held wherein, *inter alia*, Your Honor ordered that trial in this matter commence on November 7, 2022 at 10:00 a.m. <u>See</u> Civil Docket Sheet, Entry dated January 7, 2022. Additionally, in advance of trial, the Court scheduled a final pretrial conference to take place on November 2, 2022 at 2:30 p.m. <u>Id.</u>

      Defendants request the instant adjournment of the trial and final pretrial conference because the undersigned is leaving the New York City Law Department on October 28, 2022. Indeed, notice of my resignation was only recently provided, approximately two (2) weeks ago, to the New York City Law Department. As such, the undersigned will no longer be involved in this matter following that date. This case is in the process of being transferred to new trial counsel, however, more time is needed for a new Assistant Corporation Counsel to be

- 2 -

assigned.  A short adjournment of two to three weeks[1] would allow the incoming defense counsel sufficient time to familiarize themselves with this case, and adequately prepare for trial.[2]

    Accordingly, for the reasons set forth herein, defendants respectfully request that the Court adjourn the November 7, 2022 trial and the November 2, 2022 final pretrial conference to another date and time convenient for the Court.

    Defendants thank the Court for its consideration herein.

              Respectfully submitted,

              *Mostafa Khairy*  /s/
              Mostafa Khairy
              *Assistant Corporation Counsel*
              Special Federal Litigation Division

cc: All Counsel (*by ECF*)

---

[1] Plaintiff's counsel is unavailable the week of December 12, 2022 as she is presently scheduled to commence trial in the matter of Carlos Asencio v. Jose Medina, et al., No. 18-CV-0097 (SHS) (S.D.N.Y.).

[2] Although Amatullah Booth is listed on the docket as defense counsel, Ms. Booth is on an extended leave of absence from this office and is not expected to return for at least a year from the date hereof.