UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
         :
NAKIA TAYLOR.,         :
         : **ORDER**
        Plaintiff,  :
   v.         : 18 Civ. 8421 (AKH)
         :
THE CITY OF NEW YORK AND LIETENANT  :
CHRISTOPHER SIANI.,         :
         :
        Defendant.  :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Several motions have been made with regard to the forthcoming trial, scheduled to begin with the selection of a jury at 10:00 am on December 6, 2022. I order as follows:

1. Plaintiff's motion to postpone the trial one week is denied. The trial was set by endorsed letter of October 21, 2022 (ECF No.74). Plaintiff has had adequate notice to assure the attendance of all witness whom have been notified to appear. Plaintiff's counsel's statement of sudden illness lacks any substance or objective support and is therefore not a sufficient excuse.
2. Plaintiff's motion to introduce a statement of her treating physician Dr. Mondshine in lieu of testimony, is denied. It is too late now for deposition, and without cross examination, there is no testimony.
3. Plaintiff's motion to depose Lieutenant Schmidt is denied. I granted defendant leave to take his deposition because of the plaintiff's failure to identify the witness until the eve of the trial. I did not grant leave to the plaintiff.
4. The plaintiff seeks to present the testimony of Dr. Chaudhary on December 6, directly after the selection of jury and the opening statement. Leave is granted.
5. The clerk shall terminate ECF Nos. 92-94.

      SO ORDERED.

Dated:   December 1, 2022              /s/ Alvin K. Hellerstein
          New York, New York         ALVIN K. HELLERSTEIN
                                  United States District Judge