UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                  :

NAKIA TAYLOR,                                      :

                                                  Plaintiff,      :    **ORDER**

      -against-                              :    18 Civ. 8421 (AKH)

LIEUTENANT CHRISTOPHER SIANI,    :

                                       Defendant.    :

------------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Plaintiff filed a motion for sanctions on December 5, 2022. *See* ECF No. 100. Plaintiff properly amended his motion on December 20, 2022. *See* ECF No. 119.

        I deferred consideration of Plaintiff's motion for sanctions until after trial. Defendant has until February 17, 2023, to file an opposition. Plaintiff's reply, if any, is to be filed by March 3, 2023.

        SO ORDERED.

Dated:    December 21, 2022                       /s/ Alvin K. Hellerstein
             New York, New York                   ALVIN K. HELLERSTEIN
                                                                   United States District Judge