UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NAKIA TAYLOR,

                Plaintiff,                          18 CIVIL 8421 (AKH)

      -against-                                   **JUDGMENT**

CITY OF NEW YORK,

                Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Alvin K. Hellerstein, United States District Judge, Plaintiff Nakia Taylor have judgment in the amount of $100,000.00 for compensatory damages and $250,000.00 for punitive damages as against the defendant.

DATED: New York, New York
             January 12, 2023

                                                            **RUBY J. KRAJICK**

So Ordered:                                               Clerk of Court

                                              BY:   K. Mango
      U.S.D.J.                                            **Deputy Clerk**