UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
NAKIA TAYLOR,

Plaintiff,

v.

THE CITY OF NEW YORK, *et al.*,

Defendants
-------------------------------------------------------------- x

**ORDER**

18 Civ. 8421 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

On January 17, 2023, a judgment in this case was entered following a jury trial. ECF No. 139. Accordingly, the Clerk is instructed to close this case.

This order is without prejudice to motions filed after judgment was entered.

SO ORDERED.

Dated: March 17, 2023
New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge