**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
NAKIA TAYLOR,

                Plaintiff,                      18 **CIVIL** 8421 (AKH)

     -against-                            **JUDGMENT**
                                         **For Attorney's Fees and Costs**

THE CITY OF NEW YORK, et al.,
                Defendants.
----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Order dated February 23, 2024, Plaintiff is awarded attorney's fees in the amount of $106,632.57 and costs in the amount of $10,026.48 for a total sum of $116,659.05.

**Dated:**  New York, New York
           February 23, 2024

                                                        **RUBY J. KRAJICK**
                                                           **Clerk of Court**

                          **BY:**
                                                          **Deputy Clerk**